In the Matter of the Will of MARILYN M. O'BRIEN, Deceased.

ADO T. MILLER, Respondent; ADA P. REYNOLDS, as Executrix, etc., of EDWIN D. REYNOLDS, Deceased, et al., Appellants.

Argued September 30, 1940; decided October 18, 1940.

*Joseph P. Brennan, Jr.,* for Ada P. Reynolds, appellant.
*Edwin C. Mulligan* for Carrie Carter, appellant.
*Samuel W. Tannenbaum* and *Harry A. Tifford* for respondent.

Order affirmed, with costs to respondent payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ: